# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VICTOR MANUEL TAGLE,

    Petitioner,

vs.

WARDEN NEVEN, et al.,

    Respondents.

Case No. 2:15-cv-00214-GMN-PAL

**ORDER**

    The court directed petitioner to show cause why this action should not be dismissed because it is untimely. Order (ECF No. 11). Petitioner has filed a response (ECF No. 14). Petitioner complains about the irregularities in his state-court criminal case, starting with his arrest. However, even if these problems were addressable in federal habeas corpus, all of them occurred before his judgment of conviction became final. None of them had any effect upon the timeliness of the action. Petitioner has not explained why he was unable to file a federal habeas corpus petition on time, and the court will dismiss the action.

    Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

    Petitioner has filed a motion for records/court case documents (ECF No. 16). The court grants this motion in part to the extent that it will send petitioner a copy of his amended petition and a copy of the docket sheet.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** with prejudice because it is untimely. The clerk of the court shall enter judgment accordingly and close this action.

1   IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

2   IT IS FURTHER ORDERED that petitioner's motion for records/court case documents

3   (ECF No. 16) is **GRANTED** in part. The clerk of the court shall send petitioner a copy of the

4   amended petition (ECF No. 5) and a copy of the docket sheet.

5   DATED: September 22, 2016

_____
Gloria M. Navarro, Chief Judge
United States District Court